# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO MARQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>L. McEWEN, et al.,<br><br>        Defendants. | Case No. CV 15-7911 R (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, the Motion for Summary Judgment by Defendants Sergeant R. Aguirre and Dr. J. Fitter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

Consistent with the Report and Recommendation, IT IS ORDERED that the Motion for Summary Judgment is GRANTED and that Judgment be entered in favor of Defendants Aguirre and Fitter. The Clerk

of the Court shall serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 6, 2017

———————————————
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE