**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENITO MARQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L. McEWEN, et al.,<br><br>　　　　　　Defendants. | Case No. CV 15-7911 R (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 6, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE